UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   CV 13-3853-CJC (JEM)                                    Date   January 9, 2015

Title   Cory Dwayne Micenheimer v. John Soto, et al.

Present: The Honorable   John E. McDermott, United States Magistrate Judge

| S. Anthony | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

Proceedings:   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE**

On June 5, 2013, Cory Dwayne Micenheimer ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 ("Complaint"). On September 16, 2013, the Court dismissed the Complaint, with leave to amend, pursuant to the screening provisions of the Prisoner Litigation Act of 1995 ("PLRA").

On November 18, 2013, Plaintiff filed a First Amended Complaint.[1] On June 27, 2014, the Court issued a Memorandum and Order Dismissing First Amended Complaint with Leave to Amend within thirty days. Plaintiff was explicitly cautioned that failure to file a Second Amended Complaint ("SAC") by the deadline set forth in the Court's Order of June 27, 2014, could result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with a court order.

On August 11, 2014, after the July 28, 2014, deadline to file the SAC had passed, and no SAC was filed, the Court issued an Order to Show Cause ("OSC") why this case should not be dismissed for failure to prosecute and/or failure to comply with a Court order. The Court directed Plaintiff to file a written response to the OSC no later than September 3, 2014.

On August 25, 2014, Plaintiff filed a Response to the OSC ("Response"), stating inter alia that he did not receive the Court's Order of June 27, 2014.

---

[1]   Although plaintiff has entitled the complaint "Second Amended Complaint," it is a First Amended Complaint and the Court will refer to it as such.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

On November 5, 2014, the Court issued an Order directing the clerk to send Plaintiff a copy of the Court's Order of June 27, 2014, and a blank Central District of California civil rights complaint form. The Court's Order of November 5, 2014, extended the deadline for Plaintiff to file the SAC consistent with the Court's Order of June 27, 2014, to no later than December 15, 2014. Plaintiff was explicitly cautioned that failure to file a SAC by the deadline set forth in the Court's Order of November 5, 2014, could result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with a court order.

The December 15, 2014, deadline to file the SAC has passed, and no SAC has been filed.

In light of the foregoing, Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to prosecute and/or failure to comply with a Court order. Plaintiff shall file a written response to this Order to Show Cause no later than **January 23, 2015**.[2] Plaintiff's failure to respond in writing to the Order to Show Cause by the deadline may result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with a court order.

Filing of a Second Amended Complaint consistent with the requirements of the Court's Order of June 27, 2014, shall be a satisfactory response to the Order to Show Cause.

No extensions of this deadline will be granted absent extraordinary circumstances.

IT IS SO ORDERED.

cc: Parties

                                                                :

Initials of Deputy Clerk    sa

---

[2] Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, oral argument on this Order to Show Cause will not be heard unless ordered by the Court. Upon the filing of a Response, the Order to Show Cause will stand submitted.