# JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY DWAYNE MICENHEIMER, | Case No. CV 13-3853-CJC (JEM) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JOHN SOTO, et al., | |
| Defendants. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action be dismissed without prejudice.

DATED: March 31, 2015

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE